

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARNELL ST. CLAIR,<br><br>Defendant. | Case No. CR 10-861-PSG-2<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On August 8, 2017, Defendant appeared before the Court for initial appearance on the bench warrant issued by this Court following Defendant's failure to appear for sentencing on a supervised release violation. Deputy Federal Public Defender Andre Townsend was appointed to represent Defendant.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition, and heard the arguments of counsel at the detention hearing.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations underlying the bench warrant: failure to appear

☒ defendant's use of monikers and multiple social security numbers

☒ history of non-compliance with court orders, including the allegations underlying the violation petition, (failure to appear for drug testing) , and repeated convictions for driving with a suspended license.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ extensive criminal history includes multiple felony convictions for both violent crimes (2004 assault with a deadly firearm, and 2002 conviction for robbery and second degree robbery), drug trafficking (2013 conviction for conspiracy crack cocaine), and violations of parole (2009 firearms related felony, 2007 possession of marijuana, 2002 probation revocations)

☒ allegations in the violation petition which include numerous failures to report for drug testing and failure to appear for sentencing on supervised release violation, demonstrating a history of non-compliance with Court orders and conditions. .

## III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: August 8, 2017

____/s/____<br>
ALKA SAGAR<br>
UNITED STATES MAGISTRATE JUDGE